**Order entered March 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00606-CR

**JT WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-76083-Y**

## ORDER

The reporter's record was initially due September 4, 2018. On September 6, 2018, we notified court reporter Vearneas Faggett by postcard and directed her to file the reporter's record by October 8, 2018. When the reporter's record was not filed by that date, we ordered Ms. Faggett to file the complete reporter's record by December 3, 2018 and cautioned her that she may be ordered not to sit if the record was not timely filed. On December 6, 2018, Ms. Faggett filed an extension request that we granted. In the order, we cautioned Ms. Faggett that the future extension would not be granted. To date, the reporter's record has not been filed and we have had no communication from Ms. Faggett.

Therefore, we **ORDER** that Vearneas Faggett **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; to the Honorable Lela Lawrence Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE